**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| In re: Cornerstone Enterprises of , Greenwood, Inc. | § § § § | Case No. 17-03127-HB |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John K. Fort, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $570.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $392,091.08 | Claims Discharged Without Payment: | $6,191,969.42 |
| Total Expenses of Administration: | $163,752.70 | | |

3) Total gross receipts of $555,843.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $555,843.78 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $163,752.70 | $163,752.70 | $163,752.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $556.16 | $556.16 | $556.16 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,781,398.00 | $3,643,064.25 | $2,802,106.34 | $391,534.92 |
| **TOTAL DISBURSEMENTS** | $3,781,398.00 | $3,807,373.11 | $2,966,415.20 | $555,843.78 |

4) This case was originally filed under chapter 7 on 06/26/2017.  The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/06/2020                By: /s/ John K. Fort
                                       Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Overholt 18-80025 | 1241-000 | $8,586.40 |
| Ally Investment Securities Investment Account RA14 | 1129-000 | $99,715.98 |
| Kaufman 18-80024 | 1241-000 | $27,500.00 |
| Aylor 18-80030 | 1241-000 | $12,000.00 |
| Fraudulent Transfer/Preference to Joyce Hughston | 1241-000 | $21,777.63 |
| Liberty University | 1241-000 | $16,644.87 |
| USAA fraudulent Transfer 18-8066 | 1241-000 | $25,000.00 |
| Brewington 18-80027 | 1241-000 | $70,000.00 |
| Synchrony Bank/Lowe's Home Centers, LLC | 1241-000 | $8,526.44 |
| SC Tax refund | 1224-000 | $130.00 |
| Bank of America Business Checking 6928 | 1129-000 | $185,962.46 |
| Bank of America Fraudulent transfer | 1241-000 | $80,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$555,843.78** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None ||||||| 

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John K. Fort | 2100-000 | NA | $31,042.19 | $31,042.19 | $31,042.19 |
| Trustee, Expenses - John K. Fort | 2200-000 | NA | $1,041.64 | $1,041.64 | $1,041.64 |
| Attorney for Trustee Fees - Law Office of John Kirkland Fort | 3110-000 | NA | $4,161.00 | $4,161.00 | $4,161.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $4,988.06 | $4,988.06 | $4,988.06 |
| Other State or Local Taxes (post-petition) - SC Department of Revenue | 2820-000 | NA | $25.00 | $25.00 | $25.00 |
| Other State or Local Taxes (post-petition) - SC Dept of Revenue and Tax2 | 2820-000 | NA | $155.00 | $155.00 | $155.00 |
| Other Chapter 7 Administrative Expenses - SC SECRETARY OF STATE | 2990-000 | NA | $10.00 | $10.00 | $10.00 |
| Attorney for Trustee Fees (Other Firm) - ROE CASSIDY COATES & PRICE, PA | 3210-000 | NA | $90,118.98 | $90,118.98 | $90,118.98 |
| Attorney for Trustee Expenses (Other Firm) - ROE CASSIDY COATES & PRICE, PA | 3220-000 | NA | $7,347.78 | $7,347.78 | $7,347.78 |
| Accountant for Trustee Fees (Other Firm) - FAULKNER & THOMPSON, PA | 3410-000 | NA | $16,157.50 | $16,157.50 | $16,157.50 |
| Accountant for Trustee Fees (Other Firm) - Edward P. Bowers | 3410-000 | NA | $8,578.00 | $8,578.00 | $8,578.00 |
| Accountant for Trustee Expenses (Other Firm) - FAULKNER & THOMPSON, PA | 3420-000 | NA | $107.95 | $107.95 | $107.95 |
| Accountant for Trustee Expenses (Other Firm) - Edward P. Bowers | 3420-000 | NA | $19.60 | $19.60 | $19.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$163,752.70** | **$163,752.70** | **$163,752.70** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 P | SC Dept. of Rev & Tax | 5800-000 | NA | $156.16 | $156.16 | $156.16 |
| 15P | Internal Revenue Service Centralized Insolvency Operation | 5800-000 | NA | $400.00 | $400.00 | $400.00 |
| N/F | Greenwood County Tax Collector | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| N/F | S.C. Department of Employment & | 5600-000 | $0.00 | NA | NA | NA |
| N/F | SC Dept, of Rev & Tax | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$556.16** | **$556.16** | **$556.16** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Barbara A. Cobb | 7100-000 | NA | $64,578.75 | $51,000.00 | $7,126.18 |
| 3 | Carl Cobb | 7100-000 | NA | $111,003.73 | $67,400.00 | $9,417.72 |
| 4 | Shaley E. Bream | 7100-000 | NA | $36,068.37 | $0.00 | $0.00 |
| 5 | Austin Bream | 7100-000 | NA | $83,809.54 | $36,176.00 | $5,054.83 |
| 6 | Kenneth L. Babb | 7100-000 | NA | $45,389.10 | $44,492.00 | $6,216.81 |
| 7 | Betty A. Babb | 7100-000 | NA | $56,640.58 | $55,521.00 | $7,757.88 |
| 8 | Ken & Betty Babb | 7100-000 | NA | $20,322.47 | $15,000.00 | $2,095.93 |
| 9 | DAVID DORITY AND CLAUDIA DORITY DAVID AND CLAUDIA DORITY | 7100-000 | NA | $365,664.26 | $272,000.00 | $38,006.23 |
| 10 | David Dority | 7100-000 | NA | $233,047.50 | $233,047.00 | $32,563.37 |
| 11 | Claudia Dority | 7100-000 | NA | $157,145.76 | $157,145.00 | $21,957.68 |
| 12 | Edwin H. Brown | 7100-000 | NA | $318,468.66 | $302,341.00 | $42,245.74 |
| 13 | Annie Ruth Brown | 7100-000 | NA | $250,959.33 | $238,091.00 | $33,268.17 |
| 14 | Edwin & Annie Brown | 7100-000 | NA | $589,379.81 | $520,324.00 | $72,704.24 |
| 15U | Internal Revenue Service Centralized Insolvency Operation | 7100-000 | NA | $300.00 | $300.00 | $41.92 |
| 16 | Howard 'Chip' Turner | 7100-000 | NA | $549,927.01 | $483,905.00 | $67,615.46 |
| 17 | Howard 'Chip' Turner | 7100-000 | NA | $135,209.73 | $0.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | CHARLES E AND JUDITH H DAVIES CHARLES & JUDITH DAVIES | 7100-000 | NA | $319,773.88 | $215,900.00 | $30,167.44 |
| 19 | CHARLES E. DAVIES (FOR IRA) | 7100-000 | NA | $36,513.65 | $34,024.00 | $4,754.13 |
| 20 | Tyler Bream | 7100-000 | NA | $138,647.71 | $26,438.00 | $3,694.15 |
| 21 | Michael Bream | 7100-000 | NA | $70,789.11 | $49,000.00 | $6,846.71 |
| 22 | Tyler Bream | 7100-000 | NA | $3,422.96 | $0.00 | $0.00 |
| 23 | Michael & Beth Bream | 7100-000 | NA | $49,000.00 | $0.00 | $0.00 |
| 24 | Sid & Michele Bream | 7100-000 | NA | $7,000.00 | $0.00 | $0.00 |
| 1U | SC DEPARTMENT OF REVENUE TAX | 7100-000 | NA | $2.34 | $2.34 | $0.33 |
| N/F | Annie Ruth Brown | 7100-000 | $238,091.00 | NA | NA | NA |
| N/F | Austin L. Bream | 7100-000 | $36,176.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $7,024.00 | NA | NA | NA |
| N/F | Bank of America Credit Card | 7100-000 | $17,612.00 | NA | NA | NA |
| N/F | Barbara A. Cobb | 7100-000 | $51,000.00 | NA | NA | NA |
| N/F | Barbara A. Wills | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Benetrends Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Betty A. Babb | 7100-000 | $55,521.00 | NA | NA | NA |
| N/F | Carl Cobb | 7100-000 | $67,400.00 | NA | NA | NA |
| N/F | Charles & Judith Davies | 7100-000 | $215,900.00 | NA | NA | NA |
| N/F | Charles E. Davies | 7100-000 | $34,024.00 | NA | NA | NA |
| N/F | Claudia Dority | 7100-000 | $157,145.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | D. Hughston Armstrong | 7100-000 | $34,459.00 | NA | NA | NA |
| N/F | David & Claudia Dority | 7100-000 | $272,000.00 | NA | NA | NA |
| N/F | David Dority | 7100-000 | $233,047.00 | NA | NA | NA |
| N/F | Edwin & Annie Brown | 7100-000 | $472,324.00 | NA | NA | NA |
| N/F | Edwin H. Brown | 7100-000 | $302,341.00 | NA | NA | NA |
| N/F | Howard "Chip" Turner | 7100-000 | $360,000.00 | NA | NA | NA |
| N/F | Howard "Chip" Turner | 7100-000 | $123,905.00 | NA | NA | NA |
| N/F | Joyce Hughston | 7100-000 | $256,204.00 | NA | NA | NA |
| N/F | Ken & Betty Babb | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Kenneth L. Babb | 7100-000 | $44,492.00 | NA | NA | NA |
| N/F | M. LeeWimmer, Jr. | 7100-000 | $700,000.00 | NA | NA | NA |
| N/F | Micheal & Beth Bream | 7100-000 | $49,000.00 | NA | NA | NA |
| N/F | Shaley & Sid Bream | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sid & Michele Bream | 7100-000 | $7,500.00 | NA | NA | NA |
| N/F | Sunwest Trust | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tyler Bream | 7100-000 | $26,438.00 | NA | NA | NA |
| N/F | Victoria R. Jackson | 7100-000 | $4,795.00 | NA | NA | NA |
| N/F | uDirect IRA Services, LLC | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$3,781,398.00** | **$3,643,064.25** | **$2,802,106.34** | **$391,534.92** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 17-03127-HB | Trustee Name: | (600020) John K. Fort |
| --- | --- | --- | --- |
| Case Name: | Cornerstone Enterprises of , Greenwood, Inc. | Date Filed (f) or Converted (c): | 06/26/2017 (f) |
|  |  | § 341(a) Meeting Date: | 07/31/2017 |
| For Period Ending: | 01/06/2020 | Claims Bar Date: | 10/20/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Bank of America Business Checking 6928 | 185,984.93 | 185,984.93 |  | 185,962.46 | FA |
| 2* | Asset Deleted by Debtor Amendment<br>This account has no estate money as of date of filing. Was Wimmer's retirement account (See Footnote) | 0.00 | 7,742.29 |  | 0.00 | FA |
| 3 | Ally Investment Securities Investment Account RA14 | 99,765.98 | 99,715.98 |  | 99,715.98 | FA |
| 4 | Office equipment furnishings | 500.00 | 500.00 |  | 0.00 | FA |
| 5 | Office equipment furnishings | 50.00 | 50.00 |  | 0.00 | FA |
| 6 | Office equipment furnishings | 20.00 | 20.00 |  | 0.00 | FA |
| 7* | Overholt 18-80025 (u) (See Footnote) | Unknown | 8,586.40 |  | 8,586.40 | FA |
| 8* | Kaufman 18-80024 (u) (See Footnote) | 0.00 | 30,618.00 |  | 27,500.00 | FA |
| 9 | Brewington 18-80027 (u) | 0.00 | 51,237.32 |  | 70,000.00 | FA |
| 10* | Aylor 18-80030 (u) (See Footnote) | 0.00 | 25,000.00 |  | 12,000.00 | FA |
| 11* | Fraudulent Transfer/Preference to Joyce Hughston (u) (See Footnote) | 0.00 | 21,777.63 |  | 21,777.63 | FA |
| 12* | Liberty University (u) (See Footnote) | 0.00 | 16,644.87 |  | 16,644.87 | FA |
| 13 | Synchrony Bank/Lowe's Home Centers, LLC (u) | 0.00 | 8,526.44 |  | 8,526.44 | FA |
| 14* | USAA fraudulent Transfer 18-8066 (u) (See Footnote) | 0.00 | 25,000.00 |  | 25,000.00 | FA |
| 15 | Bank of America Fraudulent transfer (u) | 0.00 | 80,000.00 |  | 80,000.00 | FA |
| 16* | SC Tax refund (u) (See Footnote) | 0.00 | 0.00 |  | 130.00 | FA |
| 16 | **Assets Totals (Excluding unknown values)** | **$286,320.91** | **$561,403.86** |  | **$555,843.78** | **$0.00** |

| | |
| --- | --- |
| RE PROP# 2 | Asset ($7,742.29) deleted by Debtor Amendment. |
| RE PROP# 7 | Docket # 48 Adversary 18-80025, Overholt Grading, LLC. |
| RE PROP# 8 | Fraudulent transfer to Kaufman precast |
| RE PROP# 10 | Settlement Order, 10/22/18 in the amount of $12,000.00. Docket #74. |
| RE PROP# 11 | Settlement Order 12/21/2018. Docket #85 |
| RE PROP# 12 | Fraudulent Transfer 548 |
| RE PROP# 14 | Adversary 18-80066 |
| RE PROP# 16 | Unknown refund |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| Case No.: 17-03127-HB | Trustee Name: (600020) John K. Fort |
| Case Name: Cornerstone Enterprises of , Greenwood, Inc. | Date Filed (f) or Converted (c): 06/26/2017 (f) |
| | § 341(a) Meeting Date: 07/31/2017 |
| For Period Ending: 01/06/2020 | Claims Bar Date: 10/20/2017 |

**Major Activities Affecting Case Closing:**

Reviewed Proofs of Claims to determine if any objections are needed.

Post 341
08/01/17
341 last 52 minutes and had several persons come forward to speak to Mr. Wimmer.
Howard Turner, David Dority, Charlie Davies and Eddie Brown is was representing his parents who lost 1.1 M
H. Turner said he wrote his checks to Cornerstone Capital. He was recruited as far back as 2007. He thought that Lee Wimmer took the money to pay back Wimmer's father and another client was why Wimmer was released from working at County Bank.
Statements had S&P and Nasdaq options (samples of stocks that were bought)
Wimmer said investments were made for family and friends. Sunwest Trust is the Custodian bank.
96 K went back into Cornerstone in May, 2017.
One person was upset that Wimmer falsely represent that Wimmer was a partner with several persons around the world and country. Wimmer said he was in telecommunication by a subscription he had to know about other investment firms.
One person was upset that Wimmer paid Green fees and built a retaining wall at his lake house. Said finishing up work was done on the lake house within the last 1.5 months. Wimmer said the house was nothing but a pile of sticks.
The last person, Eddie Brown, was questioning the "Lost amount of Money" (newspaper articles). Where did it come from?
L. Barr and J. Fort want 5 different BofA checking acct. statements.
Upset persons because Wimmer had lost his license as a broker/dealer.
How was he able to operate and invest when he did not have a license?
2016 Wimmer took a salary of 2K/week and $500./week for his wife (wife worked between 0-2 hours/week)
2017 No longer took a salary after 03/17.
Moved the office to his home in 2010.

8/4/17 viewed properties in Greenwood

8/7/17 Did spreadsheet (rough) on BofA acct.

8/17/17 prepared 548 letters from spreadheet.

8/18/17 decided needed Faulkners help on spreadsheet for BofA.  Trying to pick out all the transfers for his benefit and preferences (insiders)

8/23/17 Tiana at BofA 3024556381 will mail check

10/25/17 talked to Kevin Wheeler counsel at Ally (980 495 4152), following up on my email on 10/19.  Has been out a few days.  Will have operations worked on getting me check.

11/17 got Ally check

12/4/17  talked to Josh about 548's

1/31/18 Wrote Josh ref. getting appointed

2/16/18 After discussing with Linda Barr we wrote all 21 claimants that were individuals and asked for an accounting of what they had paid and been paid.

Special Agent Joseph Halminski called ref ifo I had

3/8/18 Halminski wanted explanation of detailed spreadsheet

3/11/18 marked transfers as personal/business/family/unknow for Halminski

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| | |
|---|---|
| Case No.: 17-03127-HB | Trustee Name:  (600020) John K. Fort |
| Case Name: Cornerstone Enterprises of , Greenwood, Inc. | Date Filed (f) or Converted (c): 06/26/2017 (f) |
| | § 341(a) Meeting Date: 07/31/2017 |
| For Period Ending: 01/06/2020 | Claims Bar Date: 10/20/2017 |

3/14/18 Joyce Hughston agreed to me selling lake lot--called Brandon

4/1/18 she changed mind

4/23/18 Thurmond asked to settle at 50%. Told Josh 80% since no real defense

4/25/18 Aylor Adversary

6/12/18 Overholt Grading Settlement

6/12/18 Kauffman hearing--issue as to an LLC.  Searched  the petitions and tax returns and their is no reference to an LLC anywhere
Back and forth with J. Hudson to decide how to treat LLC. Amend Complaint.

6/15/18 prepping for 2:30 call UST talked to Faulkner--All $ went into Inc. then went to LLC by Wimmers actions

7/10/18 discuss with Josh--strategies

8/15/18 met with Josh and reviewed pending actions

8/30/18 discussed Egg settlement with josh last few day--settled at $24,000.

01/30 Received funds from Mrs. Hughston for 548 action

2/15/19 sent W9 to Liberty.  Should get ck soon.  Have mediations 2/20/19

02/25/19   Liberty University payment and ? Per Tim, UST, no need to notice since they paid what I demanded

02/25/19 Mailed IRS and SCDOR extensions for 2018. Sent SCDOR $25.00 with the extension.

3/20/19 Josh has done settlement notices on Kaufman, Brewington, and USAA over past couple weeks.  Still researching Benetrends and with dialogue with Bowers--it may be a big number

5/1/19  Objected to all investor claims so they are all treated the same.  Then filed an objection to set for hearing to make sure any and everyone can be heard.  Eddie Brown has been only one to get with me

After Bowers research, cannot go after Benetrends

5/21/19 hearing on objections to claims.

6/15/19 Josh settled BofA and sending Notice

7/15/19  follow up Josh ref $$

8/20/19  $ from BofA.  Send to Faulkner for Tax returns

9/4/19 followed up TR needed to close

9/19/19 followed up on TR

09/30 Received Articles of Dissolution back from SC Sec of State

9/30: Mailed TR

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 4

**Case No.:** 17-03127-HB  
**Case Name:** Cornerstone Enterprises of , Greenwood, Inc.

**For Period Ending:** 01/06/2020

**Trustee Name:** (600020) John K. Fort  
**Date Filed (f) or Converted (c):** 06/26/2017 (f)  
**§ 341(a) Meeting Date:** 07/31/2017  
**Claims Bar Date:** 10/20/2017

**Initial Projected Date Of Final Report (TFR):** 07/15/2020  **Current Projected Date Of Final Report (TFR):** 10/24/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 1

| Case No.: | 17-03127-HB | Trustee Name: | John K. Fort (600020) |
|---|---|---|---|
| Case Name: | Cornerstone Enterprises of , Greenwood, Inc. | Bank Name: | Mechanics Bank |
|  |  | Account #: | ******9900 Checking |
| Taxpayer ID #: | **-***9911 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 01/06/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/29/17 | {1} | Bank of America NA | Bank of America Account 6928 Balance on Date of Filing | 1129-000 | 185,962.46 |  | 185,962.46 |
| 08/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 185,952.46 |
| 09/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 258.54 | 185,693.92 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 284.89 | 185,409.03 |
| 11/01/17 | 101 | FAULKNER & THOMPSON, PA | Order 10/25/17, Docket #40 | 3410-000 |  | 4,818.00 | 180,591.03 |
| 11/01/17 | 102 | FAULKNER & THOMPSON, PA | October 25, 2017 Order, Docket #40 | 3420-000 |  | 48.75 | 180,542.28 |
| 11/30/17 | {3} | Apex Clearing Corporation | Ally Investment Securities account balance | 1129-000 | 99,715.98 |  | 280,258.26 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 261.08 | 279,997.18 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 384.52 | 279,612.66 |
| 01/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 442.39 | 279,170.27 |
| 02/13/18 | 103 | State of SC Dept. of Revenue | 2017 SC 1120-T | 2820-000 |  | 155.00 | 279,015.27 |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 374.72 | 278,640.55 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 400.78 | 278,239.77 |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 386.86 | 277,852.91 |
| 05/08/18 | {7} | Overholt Grading, LLC | Adversary # 18-80025 Overholt Grading, LLC | 1241-000 | 8,586.40 |  | 286,439.31 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 448.70 | 285,990.61 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 397.64 | 285,592.97 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 438.16 | 285,154.81 |
| 08/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 423.82 | 284,730.99 |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 218.42 | 284,512.57 |
| 10/23/18 | {16} | State of SC, Office of State Treasurer | Refund | 1224-000 | 130.00 |  | 284,642.57 |
| 10/23/18 |  | David Aylor, Attorney at Law | Settlement Order, Docket 74, dated 10/22/18, in amount of $12,000.00 | 1241-000 | 1,500.00 |  | 286,142.57 |
|  | {10} |  | Acct #; Payment #1 $1,500.00 | 1241-000 |  |  |  |
| 10/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 257.54 | 285,885.03 |
| 11/06/18 |  | David Aylor, Attorney | 2nd of 8 payments in 12,000. Settlement | 1241-000 | 1,500.00 |  | 287,385.03 |
|  | {10} |  | Acct #; Payment #2 $1,500.00 | 1241-000 |  |  |  |
| 11/20/18 | {9} | ROE CASSIDY COATES & PRICE, PA | Settlement Brewington Adv 18-80027 | 1241-000 | 24,000.00 |  | 311,385.03 |

Page Subtotals: **$321,394.84** **$10,009.81**

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| **Case No.:** | 17-03127-HB | **Trustee Name:** | John K. Fort (600020) |
|---|---|---|---|
| **Case Name:** | Cornerstone Enterprises of, Greenwood, Inc. | **Bank Name:** | Mechanics Bank |
| | | **Account #:** | ******9900 Checking |
| **Taxpayer ID #:** | **-***9911 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| **For Period Ending:** | 01/06/2020 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/14/18 | | David Aylor | 3rd Payment | 1241-000 | 1,500.00 | | 312,885.03 |
| | {10} | | Acct #; Payment #3  $1,500.00 | 1241-000 | | | |
| 12/20/18 | | Transfer Debit to Metropolitan Commercial Bank acct ******4679 | Transition Debit to Metropolitan Commercial Bank acct 3910004679 | 9999-000 | | 312,885.03 | 0.00 |
| | | **COLUMN TOTALS** | | | 322,894.84 | 322,894.84 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 312,885.03 | |
| | | **Subtotal** | | | 322,894.84 | 10,009.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$322,894.84** | **$10,009.81** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 3

| Case No.: | 17-03127-HB | Trustee Name: | John K. Fort (600020) |
|---|---|---|---|
| Case Name: | Cornerstone Enterprises of, Greenwood, Inc. | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******4679 Checking Account |
| Taxpayer ID #: | **-***9911 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 01/06/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/20/18 | | Transfer Credit from Rabobank, N.A. acct ******9900 | Transition Credit from Rabobank, N.A. acct 5019029900 | 9999-000 | 312,885.03 | | 312,885.03 |
| 12/26/18 | 1000 | ROE CASSIDY COATES & PRICE, PA | Order Allowing Interim Compensation, 12/19/18, Docket #81. | 3210-000 | | 14,234.56 | 298,650.47 |
| 12/26/18 | 1001 | ROE CASSIDY COATES & PRICE, PA | Order Allowing Interim Compensation, 12/19/18, Docket #81. | 3220-000 | | 4,019.60 | 294,630.87 |
| 01/16/19 | | David Aylor, Attorney at Law | 4th of 8 Payments | 1241-000 | 1,500.00 | | 296,130.87 |
| | {10} | | Acct #; Payment #4    $1,500.00 | 1241-000 | | | |
| 02/04/19 | {11} | Joyce Hughston | Settlement Order, dated December 21, 2018. Docket #85. | 1241-000 | 21,777.63 | | 317,908.50 |
| 02/07/19 | | David Aylor | 5th of 8 payments | 1241-000 | 1,500.00 | | 319,408.50 |
| | {10} | | Acct #; Payment #5    $1,500.00 | 1241-000 | | | |
| 02/25/19 | 1002 | SC Department of Revenue | SC1120-T, 2018 20-5979911 | 2820-000 | | 25.00 | 319,383.50 |
| 03/03/19 | {12} | Liberty University | Liberty University 548 | 1241-000 | 16,644.87 | | 336,028.37 |
| 03/12/19 | | David Aylor | 6th of 8 Payments | 1241-000 | 1,500.00 | | 337,528.37 |
| | {10} | | Acct #; Payment #6    $1,500.00 | 1241-000 | | | |
| 04/02/19 | {13} | Roe Cassidy Coates & Price PA | Preference Synchrony Bank/Lowe's Home Centers, LLC | 1241-000 | 8,526.44 | | 346,054.81 |
| 04/04/19 | {14} | USAA | settlement of 548 Action v. USAA 18-80066 | 1241-000 | 25,000.00 | | 371,054.81 |
| 04/11/19 | {8} | Kauffman Precast LLC | Adv 18-80024 Settlement | 1241-000 | 27,500.00 | | 398,554.81 |
| 04/23/19 | {9} | Teresa A Brewington | Earl Brewington Settlement Adv. No 18-80027 | 1241-000 | 46,000.00 | | 444,554.81 |
| 05/29/19 | | David Aylor | 7th and 8th payments | 1241-000 | 3,000.00 | | 447,554.81 |
| | {10} | | Acct #; Payment #7    $1,500.00 | 1241-000 | | | |
| | {10} | | Acct #; Payment #8    $1,500.00 | 1241-000 | | | |
| 06/19/19 | 1003 | ROE CASSIDY COATES & PRICE, PA | Order Allowing Interim Compensation Docket 214 | 3220-000 | | 2,911.98 | 444,642.83 |
| 06/19/19 | 1004 | ROE CASSIDY COATES & PRICE, PA | Order Allowing Interim Compensation, Docket 214. | 3210-000 | | 46,834.42 | 397,808.41 |
| 08/20/19 | {15} | Bank of America | Settlement Bank of America Adversary | 1241-000 | 80,000.00 | | 477,808.41 |
| 09/20/19 | 1005 | SC SECRETARY OF STATE | Articles of Dissolution | 2990-000 | | 10.00 | 477,798.41 |
| 11/21/19 | 1006 | FAULKNER & THOMPSON, PA | FAULKNER & THOMPSON, PA17-03127CORNERSTONE E. GREENWOOD, INC.$16,157.50Contact: johnkfort@gmail.com | 3410-000 | | 11,339.50 | 466,458.91 |
| 11/21/19 | 1007 | FAULKNER & THOMPSON, PA | FAULKNER & THOMPSON, PA17-03127CORNERSTONE E. GREENWOOD, INC.$107.95Contact: johnkfort@gmail.com | 3420-000 | | 59.20 | 466,399.71 |

Page Subtotals:    $545,833.97    $79,434.26

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 17-03127-HB | Trustee Name: | John K. Fort (600020) |
|---|---|---|---|
| Case Name: | Cornerstone Enterprises of, Greenwood, Inc. | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******4679 Checking Account |
| Taxpayer ID #: | **-***9911 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 01/06/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/21/19 | 1008 | Edward P. Bowers | Edward P. Bowers17-03127CORNERSTONE E. GREENWOOD, INC.$8,578.00Contact: johnkfort@gmail.com | 3410-000 | | 8,578.00 | 457,821.71 |
| 11/21/19 | 1009 | Edward P. Bowers | Edward P. Bowers17-03127CORNERSTONE E. GREENWOOD, INC.$19.60Contact: johnkfort@gmail.com | 3420-000 | | 19.60 | 457,802.11 |
| 11/21/19 | 1010 | ROE CASSIDY COATES & PRICE, PA | ROE CASSIDY COATES & PRICE, PA17-03127CORNERSTONE E. GREENWOOD, INC.$7,347.78Contact: johnkfort@gmail.com | 3220-000 | | 416.20 | 457,385.91 |
| 11/21/19 | 1011 | ROE CASSIDY COATES & PRICE, PA | ROE CASSIDY COATES & PRICE, PA17-03127CORNERSTONE E. GREENWOOD, INC.$90,118.98Contact: johnkfort@gmail.com | 3210-000 | | 29,050.00 | 428,335.91 |
| 11/21/19 | 1012 | Law Office of John Kirkland Fort | Law Office of John Kirkland Fort17-03127CORNERSTONE E. GREENWOOD, INC.$4,161.00Contact: johnkfort@gmail.com | 3110-000 | | 4,161.00 | 424,174.91 |
| 11/21/19 | 1013 | John K. Fort | John K. Fort17-03127CORNERSTONE E. GREENWOOD, INC.$1,041.64Contact: johnkfort@gmail.com | 2200-000 | | 1,041.64 | 423,133.27 |
| 11/21/19 | 1014 | John K. Fort | John K. Fort17-03127CORNERSTONE E. GREENWOOD, INC.$31,042.19Contact: johnkfort@gmail.com | 2100-000 | | 31,042.19 | 392,091.08 |
| 11/21/19 | 1015 | SC Dept. of Rev & Tax | SC Dept. of Rev & Tax17-03127CORNERSTONE E. GREENWOOD, INC.$156.16Contact: johnkfort@gmail.com | 5800-000 | | 156.16 | 391,934.92 |
| 11/21/19 | 1016 | Internal Revenue Service Centralized Insolvency Operation | Internal Revenue Service Centralized Insolvency Operation17-03127CORNERSTONE E. GREENWOOD, INC.$400.00Contact: johnkfort@gmail.com | 5800-000 | | 400.00 | 391,534.92 |
| 11/21/19 | 1017 | SC DEPARTMENT OF REVENUE TAX | SC DEPARTMENT OF REVENUE TAX17-03127CORNERSTONE E. GREENWOOD, INC.$2.34Contact: johnkfort@gmail.com | 7100-000 | | 0.33 | 391,534.59 |
| 11/21/19 | 1018 | Barbara A. Cobb | Barbara A. Cobb17-03127CORNERSTONE E. GREENWOOD, INC.$51,000.00Contact: johnkfort@gmail.com | 7100-000 | | 7,126.18 | 384,408.41 |
| 11/21/19 | 1019 | Carl Cobb | Carl Cobb17-03127CORNERSTONE E. GREENWOOD, INC.$67,400.00Contact: johnkfort@gmail.com | 7100-000 | | 9,417.72 | 374,990.69 |

**Page Subtotals:** $0.00   $91,409.02

{ } Asset Reference(s)      **UST Form 101-7-TDR ( 10 /1/2010)**      ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 5

| Case No.: | 17-03127-HB | Trustee Name: | John K. Fort (600020) |
|---|---|---|---|
| Case Name: | Cornerstone Enterprises of , Greenwood, Inc. | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******4679 Checking Account |
| Taxpayer ID #: | **-***9911 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 01/06/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/21/19 | 1020 | Austin Bream | Austin Bream17-03127CORNERSTONE E. GREENWOOD, INC.$36,176.00Contact: johnkfort@gmail.com | 7100-000 | | 5,054.83 | 369,935.86 |
| 11/21/19 | 1021 | Kenneth L. Babb | Kenneth L. Babb17-03127CORNERSTONE E. GREENWOOD, INC.$44,492.00Contact: johnkfort@gmail.com | 7100-000 | | 6,216.81 | 363,719.05 |
| 11/21/19 | 1022 | Betty A. Babb | Betty A. Babb17-03127CORNERSTONE E. GREENWOOD, INC.$55,521.00Contact: johnkfort@gmail.com | 7100-000 | | 7,757.88 | 355,961.17 |
| 11/21/19 | 1023 | Ken & Betty Babb | Ken & Betty Babb17-03127CORNERSTONE E. GREENWOOD, INC.$15,000.00Contact: johnkfort@gmail.com | 7100-000 | | 2,095.93 | 353,865.24 |
| 11/21/19 | 1024 | DAVID DORITY AND CLAUDIA DORITY DAVID AND CLAUDIA DORITY | DAVID DORITY AND CLAUDIA DORITY DAVID AND CLAUDIA DORITY17-03127CORNERSTONE E. GREENWOOD, INC.$272,000.00Contact: johnkfort@gmail.com | 7100-000 | | 38,006.23 | 315,859.01 |
| 11/21/19 | 1025 | David Dority | David Dority17-03127CORNERSTONE E. GREENWOOD, INC.$233,047.00Contact: johnkfort@gmail.com | 7100-000 | | 32,563.37 | 283,295.64 |
| 11/21/19 | 1026 | Claudia Dority | Claudia Dority17-03127CORNERSTONE E. GREENWOOD, INC.$157,145.00Contact: johnkfort@gmail.com | 7100-000 | | 21,957.68 | 261,337.96 |
| 11/21/19 | 1027 | Edwin H. Brown | Edwin H. Brown17-03127CORNERSTONE E. GREENWOOD, INC.$302,341.00Contact: johnkfort@gmail.com | 7100-000 | | 42,245.74 | 219,092.22 |
| 11/21/19 | 1028 | Annie Ruth Brown | Annie Ruth Brown17-03127CORNERSTONE E. GREENWOOD, INC.$238,091.00Contact: johnkfort@gmail.com | 7100-000 | | 33,268.17 | 185,824.05 |
| 11/21/19 | 1029 | Edwin & Annie Brown | Edwin & Annie Brown17-03127CORNERSTONE E. GREENWOOD, INC.$520,324.00Contact: johnkfort@gmail.com | 7100-000 | | 72,704.24 | 113,119.81 |
| 11/21/19 | 1030 | Internal Revenue Service Centralized Insolvency Operation | Internal Revenue Service Centralized Insolvency Operation17-03127CORNERSTONE E. GREENWOOD, INC.$300.00Contact: johnkfort@gmail.com | 7100-000 | | 41.92 | 113,077.89 |
| 11/21/19 | 1031 | Howard 'Chip' Turner | Howard 'Chip' Turner17-03127CORNERSTONE E. GREENWOOD, INC.$483,905.00Contact: johnkfort@gmail.com | 7100-000 | | 67,615.46 | 45,462.43 |

**Page Subtotals:** $0.00   $329,528.26

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 6

| Case No.: | 17-03127-HB | Trustee Name: | John K. Fort (600020) |
|---|---|---|---|
| Case Name: | Cornerstone Enterprises of, Greenwood, Inc. | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******4679 Checking Account |
| Taxpayer ID #: | **-***9911 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 01/06/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/21/19 | 1032 | CHARLES E AND JUDITH H DAVIES CHARLES & JUDITH DAVIES | CHARLES E AND JUDITH H DAVIES CHARLES & JUDITH DAVIES17-03127CORNERSTONE E. GREENWOOD, INC.$215,900.00Contact: johnkfort@gmail.com | 7100-000 | | 30,167.44 | 15,294.99 |
| 11/21/19 | 1033 | CHARLES E. DAVIES (FOR IRA) | CHARLES E. DAVIES (FOR IRA)17-03127CORNERSTONE E. GREENWOOD, INC.$34,024.00Contact: johnkfort@gmail.com | 7100-000 | | 4,754.13 | 10,540.86 |
| 11/21/19 | 1034 | Tyler Bream | Tyler Bream17-03127CORNERSTONE E. GREENWOOD, INC.$26,438.00Contact: johnkfort@gmail.com | 7100-000 | | 3,694.15 | 6,846.71 |
| 11/21/19 | 1035 | Michael Bream | Michael Bream17-03127CORNERSTONE E. GREENWOOD, INC.$49,000.00Contact: johnkfort@gmail.com | 7100-000 | | 6,846.71 | 0.00 |

|  | COLUMN TOTALS | 545,833.97 | 545,833.97 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | 312,885.03 | 0.00 | |
|  | **Subtotal** | 232,948.94 | 545,833.97 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$232,948.94** | **$545,833.97** | |

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-03127-HB | **Trustee Name:** | John K. Fort (600020) |
| **Case Name:** | Cornerstone Enterprises of , Greenwood, Inc. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9911 | **Account #:** | ******4679 Checking Account |
| **For Period Ending:** 01/06/2020 | | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

|   |   |
|---:|---:|
| Net Receipts: | $555,843.78 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $555,843.78 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9900 Checking | $322,894.84 | $10,009.81 | $0.00 |
| ******4679 Checking Account | $232,948.94 | $545,833.97 | $0.00 |
| | $555,843.78 | $555,843.78 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)